

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00252-CR

Luis **SANCHEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR6545
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 20, 2016.

_____
Karen Angelini, Justice